IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN CROMPTON,

    Plaintiff,

v.

BSNF RAILWAY COMPANY,

    Defendant.

Case No. 11-cv-431-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Brian Crompton and against defendant BSNF Railway Company on

1. Count 1 in the amount of $1,120,000; and
2. Count 2 in the amount of $1,600,000

for a total recovery of $1,600,000.

                                NANCY J. ROSENSTENGEL, CLERK

                                By:s/Deborah Agans, Deputy Clerk

DATED: December 3, 2012


Approved:    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**